| Fill in this information to identify the case: |
|---|
| Debtor name TFMedical, LLC |
| United States Bankruptcy Court for the: Northern District of Alabama |
| Case number (if known): |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bankers Healthcare Group<br>201 Solar Street<br>Syracuse, NY 13204 | | | | | | $261,660.24 |
| 2 | OnDeck Capital<br>4700 W Daybreak Pkwy #200<br>South Jordan, UT 84009 | | | | | | $168,770.20 |
| 3 | U.S. Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | | | | | | $135,994.30 |
| 4 | Access Telehealth<br>5944 Coral Ridge Drive PMB 265<br>Pompano Beach, FL 33076 | | | | | | $125,239.85 |
| 5 | EBF Holdings, LLC<br>dba Everest Business Funding<br>102 W 38th St 6th Floor<br>New York, NY 10018 | | | | | | $73,615.31 |
| 6 | Highway 69 Properties, LLC<br>P O Box 2676<br>Tuscaloosa, AL 35403 | | | | | | $26,400.00 |
| 7 | Elite Wellness Systems, LLC<br>3195 Hill Street<br>Berkeley Lake, GA 30096 | | | | | | $26,200.00 |
| 8 | H.T. Development Partnership<br>Roger W. Taylor<br>4703 Fosters Industrial Ln<br>Tuscaloosa, AL 35401 | | | | | | $21,240.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NextGen Healthcare, Inc.<br>18111 Von Karman Avenue Suite 600<br>Irvine, CA 92612 | | | | | | $8,932.00 |
| 10 | PNC Bank<br>630 University Blvd E<br>Tuscaloosa, AL 35401 | | | | | | $7,680.09 |
| 11 | Colonial Life<br>PO Box 1365<br>Columbia, SC 29202 | | | | | | $5,758.68 |
| 12 | American Proficiency Institute<br>1159 Business Park Dr<br>Traverse City, MI 49686 | | | | | | $5,181.99 |
| 13 | Greenway Health<br>4301 West Boy Scout Blvd Suite 800<br>Tampa, FL 33607 | | | | | | $5,102.07 |
| 14 | PNC Bank<br>630 University Blvd E<br>Tuscaloosa, AL 35401 | | | | | | $4,877.70 |
| 15 | Mirion Technologies Inc<br>104 Union Valley Road<br>Oak Ridge, TN 37830 | | | | | | $3,877.55 |
| 16 | Evoqua Water Technologies<br>210 Sixth Avenue Suite 3300<br>Pittsburgh, PA 15222 | | | | | | $2,728.00 |
| 17 | Alabama Power<br>915 Queen City Ave<br>Tuscaloosa, AL 35401 | | | | | | $2,130.17 |
| 18 | Rumsey Environmental<br>5400 Kauloosa Ave<br>Tuscaloosa, AL 35405 | | | | | | $1,551.42 |
| 19 | Alabama Power<br>915 Queen City Ave<br>Tuscaloosa, AL 35401 | | | | | | $829.15 |
| 20 | Alabama Power<br>915 Queen City Ave<br>Tuscaloosa, AL 35401 | | | | | | $723.95 |