**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

**In re:**

**TFMedical, LLC,** **Case No. 26-71182**

**Debtor(s).** **Chapter 11, Subchapter V**

# ORDER AND NOTICE OF (1) SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE, (2) DATE FOR FILING PLAN, (3) CLAIMS BAR DATES, AND (4) DEADLINE FOR BANKRUPTCY RULE 2007.2 MOTIONS

On Augst 16, 2026, TFMedical, LLC (d/b/a/ Taylorville Family Medicine), the debtor and debtor-in-possession (the “Debtor”) in the above-captioned bankruptcy case (the “Case”), filed a voluntary petition for relief under subchapter V of chapter 11 of the United States Bankruptcy Code (the “Bankruptcy Code”). Pursuant to Bankruptcy Code sections 333, 1188, and 1189, and Rules 2002, 2007.2, 3002, and 3003 of the Federal Rules of Bankruptcy Procedure (the “Rules”), it is **ORDERED**:

1. **Bar Dates**. Pursuant to Rule 3003(c), a nongovernmental creditor or equity security holder whose claim or interest is not scheduled—or is scheduled as disputed, contingent, or unliquidated—must file a proof of claim or interest no later than **October 26, 2026**. A governmental unit’s proof of claim is timely if filed by **February 12, 2027**. *See* Rule 3002(c)(1).

2. **Subchapter V Status Conference**. The status conference required by Bankruptcy Code section 1188(a) is scheduled for **Thursday, October 8, 2026** at **1:00 P.M.** in Room 2600, Federal Courthouse, 2005 University Blvd., Tuscaloosa, Alabama (the “Bankruptcy Courtroom”). The Debtor shall file the report required by Bankruptcy Code section 1188(c) (the “Report”) by **September 24, 2026**. The Report must include information regarding (a) the Debtor’s communications with the subchapter V trustee, (b) the Debtor’s communications with creditors; and (c) anticipated objections or impediments to consensual confirmation and a description of the issues.

3. **Chapter 11 Plan**. Pursuant to Bankruptcy Code section 1189, the Debtor shall file a plan no later than **November 14, 2026**.

4. **Patient Care Ombudsman**. Pursuant to Rule 2007.2(a), a motion to find that appointment of a patient-care ombudsman under Bankruptcy Code section 333 is not necessary to protect patients must be filed by **August 31, 2026** (each, a “Rule 2007.2 Motion”). Any timely Rule 2007.2 Motion will be scheduled for hearing on **September 9, 2026 at 1:00 p.m.** in the Bankruptcy Courtroom. If no party in interest timely files a Rule 2007.2 Motion, the United States Bankruptcy Administrator for the Northern District of Alabama shall appoint a disinterested person to serve as an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the Debtor.

5. **Notice**. The Clerk of Court is directed to provide notice of this order to all creditors and parties and interest identified on the official mailing matrix for the Case.

Dated this the 17th day of August, 2026.

/s/ JENNIFER H. HENDERSON
UNITED STATES BANKRUPTCY JUDGE