**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TFMEDICAL, LLC** | ) | **CASE NO. 26-71182-JHH11** |
| | ) | **SUBCHAPTER V** |
| **DEBTOR.** | ) | |

**BANKRUPTCY ADMINISTRATOR'S NOTICE OF APPOINTMENT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

Pursuant to Section 333 of the Bankruptcy Code, Rule 2007.2(c) of the Federal Rules of Bankruptcy Procedure and the Order of the Court entered on August 18, 2026 (Doc. 12) directing the appointment of a disinterested person to serve as an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the Debtor, the United States Bankruptcy Administrator for the Northern District of Alabama hereby appoints **Kathy M. Ridings, MSN, RN,** whose address is 7500 52nd Street, Northport, Alabama 35473 to serve as the Patient Care Ombudsman ("PCO") in the above-captioned case until such time that such PCO's services are terminated. Ms. Riding's verified statement pursuant to Federal Rule of Bankruptcy Procedure 2007.2(c) is attached as Exhibit A.

Section 333 of the Bankruptcy Code provides that the PCO shall:

(1) monitor the quality of patient care provided to patients of the Debtor, to the extent necessary under the circumstances, including interviewing patients and physicians;

(2) not later than 60 days after appointment, and not less frequently than at 60-day intervals thereafter, report to the Court after notice to the parties in interest, at a hearing or in writing, regarding the quality of patient care provided to patients of the Debtor;

(3) if the PCO determines that the quality of patient care provided to patients of the Debtor is declining significantly or is otherwise being materially compromised, file with the Court a motion or a written report, with notice to the parties in interest immediately upon making such determination; and,

(4) maintain any information obtained by such PCO under Section 333 of the Bankruptcy Code that relates to patients (including information relating to patient records) as confidential information. Such PCO may not review confidential patient records unless the Court approves such review in advance and imposes restrictions on such PCO to protect the confidentiality of such records.

Respectfully submitted on September 1, 2026.

J. THOMAS CORBETT
BANKRUPTCY ADMINISTRATOR FOR THE
NORTHERN DISTRICT OF ALABAMA

BY: */s/ Rachel L. Webber*
Rachel L. Webber
Assistant U.S. Bankruptcy Administrator

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
2005 University Boulevard, Suite 1300
Tuscaloosa, Alabama 35401
Telephone: (205) 561-1695
Email: rachel_webber@alnba.uscourts.gov

CERTIFICATE OF SERVICE

This is to certify that on September 1, 2026 I have served a copy of the foregoing Notice on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with the Court's Administrative Procedures.

Kristofor D. Sodergren
2200 Jack Warner Parkway, Suite 200
Tuscaloosa, Alabama 35401
*Service provided via e-mail / CM/ECF to:*
ksodergren@rosenharwood.com

Harry P. Long
Long & Upton, LLC
PO Box 1468
Anniston, AL 36202
*Service provided via e-mail / CM/ECF to:*
hlonglegal8@gmail.com

BY: */s/ Rachel L. Webber*
Rachel L. Webber

# <u>EXHIBIT A</u>

**Verified Statement**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TFMEDICAL, LLC | ) | CASE NO. 26-71182-JHH11 |
| | ) | SUBCHAPTER V |
| DEBTOR. | ) | |

## VERIFIED STATEMENT OF KATHY M. RIDINGS

I, Kathy M. Ridings, under penalty of perjury, declare as follows:

1. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto under oath in accordance with this Verified Statement.

2. The U.S. Bankruptcy Administrator requested to appoint me as Patient Care Ombudsman ("PCO") in the above-captioned bankruptcy case.

3. I have verified that I have no connections with the above-captioned Debtor, creditors, any other parties in interest in this case, their respective attorneys and accountants, the U.S. Bankruptcy Administrator, or any person employed in the Bankruptcy Administrator's office.

4. I am a duly licensed RN in the State of Alabama with a MSN. My address is 7500 52nd Street, Northport, Alabama 35473. My telephone number is (205) 799-9144.

5. I am a person eligible and competent to perform the duties of a PCO in the above-captioned case pursuant to 11 U.S.C. § 333. My qualifications to perform the required functions of a PCO in this case are evidenced by my resume attached hereto as Exhibit 1.

6. I have not received any compensation from any party with respect to my appointment in this case.

7. I have not made any agreements or arrangements with the Debtor or any party to share compensation.

8. No agreement prohibited by 18 U.S.C. § 115 has been made.

9. I intend to seek compensation from the Debtor's estate and periodically apply for such compensation in connection with professional services rendered in connection with this bankruptcy case and subject to the approval of this Court and in compliance

with § 330 and 331 of the Bankruptcy Code, Federal Rules of Civil Procedure, Local Rules of this Court, and Orders of this Court on an hourly basis for myself, plus reimbursement of actual, necessary expenses and other charges incurred. Expenses charged will include, among other things, mail and express mail charges, photocopying charges, special or hand delivery charges, docket and court filing fees, and travel expenses. My current rate is $80.00 per hour; and I reserve the right to fee adjustments subject to 30-day notice to the Court of any such normal-course increase.

Kathy M. Ridings

Kathy M. Ridings

Date: 8/28/2026

# EXHIBIT 1

**Resume**

# Kathy M. Ridings, MSN, RN

*7500 52nd Street*
*Northport, Alabama 35473*
*205-799-9144*
*jsrkmr@charter.net*

**Technical Skills/ Proficiencies**

15 years as Chief Designated Learning and Education Officer
10+ years serving on Medical Center Integrated Ethics Board and Ethics Consult review member
5 years GEC Leadership Experience
Associate Director Experience
Associate Director of Patient Care Services Experience
6.5 years as Board Chair of Nurse Professional Standard Board
Mission and Organization Driven
Served as Chair of Strategic Planning Board
Member of VISN Leadership Development Board
Staff Training/Development
Certified Mentor Fellow Level
ICU, Medical, and Urgent Care Nursing
Leadership Development
Problem Solving
Team Leadership
Financial and Inventory Control
Training Course Design and Implementation
Customer Satisfaction
Patient Education and Development
Customer Satisfaction
Career Development and Planning

**Education**

**June 2012** **University of Phoenix** **Phoenix, AZ**

- Master of Science Nursing, Informatics

**May 1991** **University of Alabama** **Tuscaloosa, Alabama**
**Capstone College of Nursing**

- Bachelor of Science of Nursing

**Experience**

**October 23, 2019- March 29,2024 (retired**

**Associate Chief of Nursing**
**Geriatrics and Extended Care**

- **Detailed to position for an emergent situation by leadership**
- **Lead LTCI survey Dec 2019**
- **Changed Culture of Employees and Veterans in CLC**
- **Empowered treatment team and GEC leading to change culture of CLC**
- **Brought RQI to GEC and implemented new Education idea to improve GEC**

**June 1997- Present** **Tuscaloosa Juvenile Detention Service**
**Tuscaloosa, Alabama**

**Facility Nurse- Part time**

- Provides clinic care for facility
- Provides sick call consultation
- Manages medication administration
- Conducts staff education of medication management annually
- Develops reports of care on a quarterly and annual basis

**June 17,2006- March 11, 2020** **Tuscaloosa VA Medical Center**
**Tuscaloosa, Alabama**

**Chief, Education and Development Service**

- Designated Learning and Education Officer of Medical Center
- Manages Veteran Education Center, Clinical and Non-Clinical Education, My HealtheVet Program, Online learning, Sim-learning, Health Disease Promotion, Leadership Development, Mentoring, and Project Search Program.
- Manages Medical Media and Print Clinic Services
- Affiliation oversight of all student and resident/intern stipends

**March 2004- June 17, 2006** **Tuscaloosa VA Medical Center**
**Tuscaloosa, Alabama**

**Clinical Instructor**

- Taught all aspects of nursing and general education material for 1000 employees.
- Med- Surgical nursing certification, certified CPR instructor
- Developed, implemented, and evaluated learning programs and plan
- Created online learning of local policies and procedures to streamline nursing orientation

**May 1991–March 2004** **Tuscaloosa VA Medical Center**
**Tuscaloosa, Alabama**

**Staff Nurse**

- Worked on ICU, Acute Medical/Telemetry, Respiratory Care, Intermediate Urgent Care, and Specialty Care Clinics
- Medical/surgical certified